Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Pennsylvania
(State)

Case number (If known): _____  Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's name: The End Zone, Inc.

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

   Club Onyx

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   2 3 - 3 0 7 7 9 4 0
   EIN

5. Debtor's address

   **Principal place of business** (Registered Agent)

   630 Freedom Business Center, Suite 108
   Number    Street

   c/o Butera, Beausang, Cohen & Brennan

   King of Prussia    PA    19406
   City               State  ZIP Code

   Montgomery
   County

   **Mailing address, if different**

   11327 Reeder Road
   Number    Street

   _____
   P.O. Box

   Dallas    TX    75229
   City      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   2908 S. Columbus Blvd.
   Number    Street

   Philadelphia    PA    19148
   City            State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor  **The End Zone, Inc.**
      Name

Case number (if known) _____

6. **Debtor's website** (URL)   _____

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____  Relationship _____
     District _____  Date filed _____ (MM / DD / YYYY)  Case number, if known _____

     Debtor _____  Relationship _____
     District _____  Date filed _____ (MM / DD / YYYY)  Case number, if known _____

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205  Involuntary Petition Against a Non-Individual  page 2

Debtor  The End Zone, Inc.
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| D'Anna Brown | judgment creditor | $ 1,940,951.59 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 1,940,951.59 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

D'Anna Brown
Name
(c/o Victim's Recovery Law)
3650 Winding Way, Suite 200
Number   Street
Newtown Square      PA      19073
City                State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number   Street
_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/12/2025
            MM / DD / YYYY

X /s/ D'Anna Brown
Signature of petitioner or representative, including representative's title

**Attorneys**

Evan Barenbaum, Esquire
Steven K. Eisenberg, Esquire
Printed name

Stern & Eisenberg, PC
Firm name, if any

1581 Main Street, Suite 200
Number   Street

Warrington         PA      18976
City               State   ZIP Code

Contact phone  215-572-8111   Email  ebarenbaum@sterneisenberg.com
                                      seisenberg@sterneisenberg.com

Bar number  84140 and 75736, respectively

State  PA

X  /s/Steven K. Eisenberg; /s/Evan Barenbaum
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor  The End Zone, Inc.
_____    Case number (if known) _____
         Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City         State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City         State    ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City         State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City         State    ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY